UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

Ted Perry

                                         06 CIVIL 3000 (KMK)

               Plaintiff,                   **JUDGMENT**

    -against-

County of Westchester

               Defendant.
- - - - - - - - - - - - - - - - - - -X

     Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on March 31, 2008, having handed down its Opinion and Order (Document #46) granting Defendant's Motion for Summary Judgment, seeking dismissal of Plaintiff's Complaint, it is,

     ORDERED, ADJUDGED AND DECREED: That the complaint be and it is hereby dismissed.

Dated: White Plains, New York
       March 31, 2008

                                               J. Michael McMahon, Clerk

i:/judgment.perry.000           E.O D.